Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Lawrence H. Reichman, OSB No. 860836
LReichman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **INTEGRA TELECOM, INC.**, an Oregon corporation, and **INTEGRA TELECOM OF WASHINGTON, INC.**, an Oregon corporation,<br><br>                    Plaintiffs,<br><br>          v.<br><br>**TWIN CITY FIRE INSURANCE COMPANY**, an Indiana corporation,<br><br>                    Defendant. | No. CV08-906 AA<br><br>**STIPULATION OF DISMISSAL**<br><br>By All Parties<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) |

1-     STIPULATION OF DISMISSAL

25375-0066/LEGAL19902975.1

**Perkins Coie** LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiffs, Integra Telecom, Inc. and Integra Telecom of Washington, Inc. (collectively, "Plaintiffs"), and defendant, Twin City Fire Insurance Company ("Defendant"), by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims asserted in this action.

Each of the parties to this Stipulation of Dismissal shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO STIPULATED:

**PERKINS COIE LLP**

/s/ Stephen M. Feldman
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
Lawrence H. Reichman, OSB No. 860836
LReichman@perkinscoie.com
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Plaintiffs

DATED: January 25, 2011

**BULLIVANT HOUSER BAILEY, P.C.**

/s/ Ronald J. Clark
Ronald J. Clark, OSB No. 880328
ron.clark@bullivant.com
Marianne M. Ghim, OSB No. 925187
marianne.ghim@bullivant.com
888 SW Fifth Avenue, Suite 300
Portland, OR 97204
Telephone: 503.228.6351
Facsimile: 503. 295.0915

Michael F. Perlis
Cary J. Economou
Gloria Chang
Stroock & Stroock & Lavan LLP
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086

Attorneys for Defendant

DATED: January 25, 2011

2-   STIPULATION OF DISMISSAL

25375-0066/LEGAL19902975.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222